IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ lw _____ D.C.

05 SEP 23 PM 2:52

| | |
|---|---|
| MARIA PENKAL,<br>Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 1-05-1198-T An<br>) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security | )<br>)<br>) |
| Defendant | ) |

## CONSENT ORDER FOR SENTENCE SIX REMAND

Defendant has moved the Court to remand this action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for the reasons set forth in the memorandum.

Therefore, remand under sentence six of 42 U.S.C. § 405(g) is appropriate on motion of the Commissioner for good cause shown.

SO ORDERED this the __23rd__ day of __September__ 2005.

_____
Judge, United States District Court

Date: __23 Sept 2005__

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __09-26-05__

CONSENTED TO AND APPROVED BY:

*Joe H. Byrd*
Joe H. Byrd          By JAD
P.O. Box 2764        By Consent
Jackson, Tennessee 38302

Attorney for Plaintiff


LAWRENCE J. LAURENZI
Acting United States Attorney

By *Joe A. Dycus*
Joe A. Dycus (#008730 Tennessee)
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
(901) 544-4231

Attorney for the United States

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01198 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joe H. Byrd
BYRD & BYRD
P.O. Box 2764
Jackson, TN 38302--276

Honorable James Todd
US DISTRICT COURT